UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DISABILITY LAW CENTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> F.L. CHAMBERLAIN INTERNATIONAL ) <br> SCHOOL, ) <br> ) <br> Defendant. ) | Case No. 1:15-cv-11888 |

## JOINT STIPULATION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND STATUS REPORT TO THE COURT

Now comes the Plaintiff, Disability Law Center, Inc. ("DLC"), through its counsel and the Defendant, F.L. Chamberlain International School ("Chamberlain"), through its counsel, and hereby stipulate to the following:

1. The parties are currently drafting an agreement regarding access of the DLC to Chamberlain in the above referenced matter.

2. The DLC, without waiving its right to proceed with the injunction at a later date, wishes to inform this Court that, in light of the impending agreement with the Defendant, it is not currently planning to pursue the Preliminary Injunction.

3. In light of the impending agreement, the parties agree that an Answer by the Defendant is not required at this point in time. The parties agree that the timeline to file an Answer is stayed.

The DLC reserves its right to proceed with the Preliminary Injunction and to require the Defendant to file an Answer should parts of the above referenced agreement fall apart during DLC's access to Chamberlain. Should any of these stipulations change, DLC will provide at a minimum five business days' notice to Chamberlain and to this Court.

Respectfully Submitted,

| | |
|---|---|
| Disability Law Center, Inc. | F.L. Chamberlain International School, |
| By its attorneys, | By its attorneys, |
| | |
| _/s/ Erin Hehn_____ | _/s/Katharine Felluca_____ |
| Erin E. Hehn, BBO #684837 | Roderick MacLeish, Jr., BBO#311880 |
| Stanley J. Eichner, BBO # 543139 | Katharine M. Felluca, BBO# 670823 |
| Disability Law Center, Inc. | Clark, Hunt, Ahern & Embry |
| 11 Beacon Street, Suite #925 | 150 Cambridgepark Drive |
| Boston, MA 02108 | Cambridge, MA 02140 |
| (617) 723-8455 | 617-494-1920 |
| ehehn@dlc-ma.org | rmacleish@chelaw.com |
| seichner@dlc-ma.org | kfelluca@chelaw.com |

Dated: July 8, 2015

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 8, 2015.

                                                _/s/ Erin Hehn_____